JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ANASTASIA DUEVA,

          Plaintiff,

      v.

JOSEPH EDLOW,

          Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

NO. CV 25-12118 FMO (SSCx)

**JUDGMENT**

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 31st day of March, 2026.

 

/s/
Fernando M. Olguin
United States District Judge